# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSEPH DARRELLYNN JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-833-SLP |
| ) | |
| GREG WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered October 24, 2022 [Doc. No. 7]. No objection to the Report and Recommendation has been filed, nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, and Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is DENIED. Plaintiff is directed to pay the $402.00 filing fee on or before January 4, 2023, or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 14th day of December, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE